UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>JOHNSON MEMORIAL MEDICAL CENTER, INC.,<br>JOHNSON MEMORIAL HOSPITAL, INC.,<br>HOME & COMMUNITY HEALTH SERVICES, INC.,<br>JOHNSON HEALTH CARE, INC.,<br>THE JOHNSON EVERGREEN CORPORATION, and<br>JOHNSON PROFESSIONAL ASSOCIATES, P.C.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-2____<br><br>Case No. 15-2____<br>Case No. 15-2____<br><br>Case No. 15-2____<br>Case No. 15-2____<br><br>Case No. 15-2____<br><br>(Joint Administration Requested) |

**MOTION FOR ORDER**
**DIRECTING JOINT ADMINISTRATION OF CASES**

Johnson Memorial Medical Center, Inc. ("JMMC"), Johnson Memorial Hospital, Inc. ("JMH"), The Johnson Evergreen Corporation ("JEC"), Home & Community Health Services, Inc. ("HCHS"), Johnson Health Care, Inc. ("JHC"), and Johnson Professional Associates, P.C. ("JPA"; together with JMMC, JMH, JEC, HCHS and JHC, the "Debtors"), by and through their proposed counsel, Reid and Riege, P.C., hereby move this Court, pursuant to Federal Rule of Bankruptcy Procedure 1015(b), for entry of an order directing joint administration of the Debtors' cases, and, in support thereof, respectfully represent as follows:

1. On January 14, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut. Since the

Petition Date, the Debtors have continued in possession and management of their businesses and properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. The Debtors, except for JMA, are private, not for profit corporations. JMMC is the parent corporation of JMH, JHC and HCHS. JMMC also owns real estate in Enfield, Connecticut, including two medical office buildings. JMMC's revenue in 2014 was approximately $1.2 million.

3. JMH owns and operates a ninety-two bed, acute care hospital located in Stafford Springs, Connecticut. JMH also leases space in the Enfield property from JMMC, where JMH operates a surgery center, an advanced wound care center, and an infusion center. JMH offers a comprehensive array of inpatient and outpatient services, including medical and surgical, obstetrics and gynecology, pediatrics, behavioral health, intensive/coronary care, infusion and chemotherapy, rehabilitation and emergency care. JMH has approximately 607 employees and its revenue in 2014 was approximately $67 million.

4. JEC owns and operates a 180-bed skilled nursing facility located in Stafford, Connecticut. JEC leases the land on which the nursing facility is located from JMH. Services provided by JEC include skilled nursing care, palliative/hospice care, physical medicine and rehabilitation, occupational therapy, speech therapy, restorative nursing, wound management, pain management and nutritional education. JEC has approximately 281 employees and its 2014 revenue was approximately $16.6 million.

5. HCHS provides home health and hospice care to residents of North Central Connecticut. Services provided by HCHS include skilled nursing, behavioral health, wound care, hospice, bereavement, palliative care, physical, occupational and joint replacement therapy,

cancer care rehabilitation, cardio/respiratory rehabilitation, health screenings, flu clinics and health education programs. HCHS has approximately 67 employees and its revenue in 2014 was approximately $5.64 million.

6. JHC provides occupational medicinal services. JHC works exclusively with businesses, and offers, among other services, effective management of workers' compensation cases and return to work programs. Services provided by JHC include physical exams, drug screenings, rehabilitation, worksite assistance focused on safety and productivity, ergonomic evaluations, medical surveillance exams, travel immunizations, and educational programs, clinics and presentations. JHC has approximately six employees and annual revenue of approximately $525,000.

7. JPA revenue in 2014 was approximately $3.3 million.

8. Since prior to 2008, the Debtors have faced significant financial operating deficits and struggled to maintain financial stability, especially in light of national trends of shrinking reimbursement levels, lower investment returns, and the need for hospitals generally to make ongoing and substantial investments in new medical and information technologies and facilities. Confronted with the reality that, due to market and government regulatory forces in the health care industry, lack of capital, reduced government reimbursement rates, low census and an unsustainable level of debt, continuing to operate as independent, stand alone entities would be extremely difficult, the Debtors commenced these cases to sell substantially all of their assets, without delay, to Saint Francis *Care*, Inc., pursuant to Bankruptcy Code section 363. Such a sale will preserve and maximize the going concern value of the Debtors' properties, preserve and provide jobs for the Debtors' employees, and allow for the continued delivery of healthcare

services to residents of North Central Connecticut. The Debtors believe that the proposed sale is the best available alternative to accomplish the foregoing under all of the facts and circumstances.

9. Federal Rule of Bankruptcy Procedure 1015(b)(4) provides: "If . . . two or more petitions are pending in the same court by . . . a debtor and an affiliate, the court may order a joint administration of the estates." JMMC, JMH, JEC, JHC, HCHS and JPA are affiliates as defined in Bankruptcy Code section 101(2).

10. Many of the hearings, motions and orders that will arise in these Chapter 11 cases will affect each of the Debtors. Thus, joint administration of these cases will reduce the costs of administration of these cases and ease the administrative burden of having to file multiple pleadings and documents.

11. The rights of the Debtors' respective creditors will not be affected adversely by joint administration of these cases because this motion requests only administrative, not substantive, consolidation of the Debtors' estates. Thus, all of the Debtors' creditors will benefit from the reduced costs resulting from joint administration. The Debtors believe that no creditor of the Debtors' estates will be harmed by any conflict of interest resulting from the joint administration of these cases. In addition, the Court will be relieved of the burden of entering duplicative orders and maintaining duplicative files.

12. Based on the foregoing, joint administration of these cases is in the best interests of the Debtors, their creditors and all other parties in interest.

13. The Debtors request that the caption of their jointly administered cases be as follows:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| JOHNSON MEMORIAL MEDICAL CENTER, INC., et al., | : | Case No. 15-2____ |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

The Debtors further request that the Debtors' respective captioned and numbered cases be jointly administered under the Johnson Memorial Medical Center, Inc. case and that the Clerk of the Court enter the following notation on the docket of each of the Debtors' cases to reflect the joint administration of the cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Johnson Memorial Medical Center, Inc. (Case No. 15-2____), Johnson Memorial Hospital, Inc. (Case No. 15-2____), The Johnson Evergreen Corporation (Case No. 15-2____), Home & Community Health Services, Inc. (Case No. 15-2____), Johnson Health Care, Inc. (Case No. 15-2____), and Johnson Professional Associates, P.C. (Case No. 15-2____), and the docket in Case No. 15-2____ should be consulted for all matters affecting these jointly administered cases.

14. No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, the Debtors request that the Court enter an order directing that the Debtors' cases be jointly administered and granting the Debtors such other relief as the Court deems just and proper.

Dated at Hartford, Connecticut, this 14th day of January, 2015.

      JOHNSON MEMORIAL MEDICAL
      CENTER, INC., JOHNSON MEMORIAL
      HOSPITAL, INC., THE JOHNSON EVERGREEN
      CORPORATION, HOME & COMMUNITY
      HEALTH SERVICES, INC., JOHNSON HEALTH
      CARE, INC., and JOHNSON PROFESSIONAL
      ASSOCIATES, INC.

By   /s/ Jon P. Newton
     Eric Henzy
     Federal Bar No. ct12849
     Jon P. Newton
     Federal Bar No. ct03376
     Reid and Riege, P.C.
     One Financial Plaza
     Hartford, CT 06103-2600
     (860) 278-1150
     Fax (860) 240-1002
     ehenzy@rrlawpc.com
     jnewton@rrlawpc.com
     Their Attorneys