UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| JOHNSON MEMORIAL MEDICAL CENTER, INC., et al.,[1] | ) ) ) | Jointly Administered under Case No. 15-20056 (ASD) |
| Debtors. | ) ) ) |  |

## ORDER SHORTENING AND PRESCRIBING NOTICE ON MOTIONS TO APPROVE BID PROCEDURES

Upon consideration of the Motion for Order to Shorten and Prescribe Notice On Motions To Approve Bid Procedures (the "Motion") filed by Johnson Memorial Medical Center, Inc. ("JMMC"), Johnson Memorial Hospital, Inc. ("JMH"), Home & Community Health Services, Inc. ("HCHS"), and Johnson Health Care, Inc. ("JHC"; together with JMMC, JMH and HCHS, the "Debtors"), by and through their proposed counsel, Reid and Riege, P.C., and it appearing to the Court that just cause exists to grant the Motion, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the hearing on part (I), i.e., the approval of biddings procedures and bidder protections and approval of assumption and assignment procedures portions, of the Motion Pursuant To Bankruptcy Code Sections 105, 363 and 365 And Bankruptcy Rules 2002, 6004 and 6006, For (I) An Order (A) Approving Bidding Procedures And Bidder Protections In Connection With The Sale Of Substantially All Of Their Assets, (B) Approving Procedures For The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In

---

[1] Johnson Memorial Medical Center, Inc., Case No. 15-20056, Johnson Memorial Hospital, Inc., Case No. 15-20057, Home & Community Health Services, Inc., Case No. 15-20060, Johnson Health Care, Inc., Case No. 15-20061, The Johnson Evergreen Corporation, Inc., Case No. 15-20062, Johnson Professional Associates, P.C., 15-20063.

-1-

Connection Therewith and (C) Scheduling A Final Sale Hearing And Approving The Form And Manner Of Notice Thereof; And (II) An Order (A) Authorizing The Sale Of Substantially All Of Their Assets, Free And Clear Of Liens, Claims, Interests And Encumbrances And (B) Granting Certain Related Relief, filed by each of the Debtors in their cases (ECF No. 24 in Case No. 15-20056, ECF No. 18 in Case No. 15-20057, ECF No. 17 in Case No. 15-20060, and ECF No. 17 in Case No. 15-20061, the "Sale Motions"), is hereby scheduled on February 5, 2015 at 2:00 p.m. at the United States Bankruptcy Court, 450 Main Street, Hartford, Connecticut; and it is further

ORDERED, that a copy of this order, the Sale Motions and a proposed order approving bidding procedures are mailed or otherwise communicated forthwith, to the Office of the United States Trustee, counsel to Healthcare Finance Group, LLC, counsel to People's United Bank, counsel to St. Francis *Care*, Inc., counsel to Clifford Zucker, counsel to the PBGC, the twenty largest unsecured creditors of each of the Debtors and all parties who have requested notice in this cases.

Dated: 1/16/15

Albert S. Dabrowski
United States Bankruptcy Judge