# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
February 12, 2015

In re:

    Johnson Memorial Medical Center, Inc.(other names used by debtor: Johnson Memorial Corporation, Inc.)
    Employer Tax–Identification No (EIN): 22–2541974

    Johnson Memorial Hospital, Inc.
    Employer Tax–Identification No (EIN): 06–0646696
                                      Debtor(s)

Case Number: 15–20056 asd
Chapter: 11

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **March 5, 2015** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion to Extend Time to File Schedule G Regarding Executory Contracts and Unexpired Leases Filed by Jon P. Newton on behalf of Home & Community Health Services, Inc., Johnson Health Care, Inc., Johnson Memorial Hospital, Inc., Johnson Memorial Medical Center, Inc., Johnson Professional Associates, P.C., The Johnson Evergreen Corporation, Debtors. (Re: Doc #94)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: February 12, 2015

For the Court

*Gary M. Gfeller*
Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lad

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the hearing, you should contact the Courtroom Deputy for the presiding judge.

Gary M. Gfeller, Clerk of Court