UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| _____ ) | | |
| In Re: ) | | Chapter 11 |
| ) | | |
| JOHNSON MEMORIAL ) | | Jointly Administered under |
| MEDICAL CENTER, INC., et al.,[1] ) | | Case No. 15-20056 (ASD) |
| ) | | |
| Debtors ) | | RE: ECF No. 136 |
| _____ ) | | |

**ORDER EXPEDITING A HEARING ON DEBTORS' MOTION
FOR ORDER PROVIDING FOR ESCROW OF FUNDS FOR
RETAINED PROFESSIONALS AND ADMINISTRATIVE CLAIMS**

Upon consideration of the Motion for Expedite hearing (the "Motion") of Debtors' Motion for Order Providing for Escrow of Funds for Retained Professionals and Administrative Claims (the "Escrow Motion") filed by Johnson Memorial Medical Center, Inc. ("JMMC"), Johnson Memorial Hospital, Inc. ("JMH"), The Johnson Evergreen Corporation ("JEC"), Home & Community Health Services, Inc. ("HCHS"), Johnson Health Care, Inc. ("JHC"), and Johnson Professional Associates, P.C. ("JPA"; together with JMMC, JMH, JEC, HCHS and JHC, the "Debtors"), by and through their proposed counsel, Reid and Riege, P.C., and it appearing to the Court that just cause exists to grant the Motion, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the hearing on the Escrow Motion is hereby scheduled on March 12, 2015 at 10:00 a.m. at the United States Bankruptcy Court, 450 Main Street, Hartford, Connecticut; and it is further

ORDERED, that copies of this order, the Escrow Motion and the proposed order approving the Escrow Motion shall be sent to the Office of the United States Trustee, counsel to

---

[1] Johnson Memorial Medical Center, Inc., Case No. 15-20056, Johnson Memorial Hospital, Inc., Case No. 15-20057, Home & Community Health Services, Inc., Case No. 15-20060, Johnson Health Care, Inc., Case No. 15-20061, The Johnson Evergreen Corporation, Inc., Case No. 15-20062, Johnson Professional Associates, P.C., 15-20063.

Healthcare Finance Group, LLC, counsel to People's United Bank, counsel to St. Francis *Care*, Inc., counsel to Clifford Zucker, counsel to the PBGC, and all parties who have requested notice in these cases forthwith.

Dated: February 27, 2015                                                         BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge