UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| JOHNSON MEMORIAL | ) | Jointly Administered under |
| MEDICAL CENTER, INC., et al.,[1] | ) | Case No. 15-20056 (ASD) |
| | ) | |
| Debtors | ) | re: ecf No. 94 |
| | ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULE G REGARDING EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon consideration of the Motion for Extension of Time to File Schedule G Regarding Executory Contracts and Unexpired Leases (the "Motion") filed by Johnson Memorial Medical Center, Inc. ("JMMC"), Johnson Memorial Hospital, Inc. ("JMH"), The Johnson Evergreen Corporation ("JEC"), Home & Community Health Services, Inc. ("HCHS"), Johnson Health Care, Inc. ("JHC"), and Johnson Professional Associates, P.C. ("JPA"; together with JMMC, JMH, JEC, HCHS and JHC, the "Debtors"), by and through their proposed counsel, Reid and Riege, P.C., after due notice and a hearing, and the Court having considered any arguments made and any evidence presented at the hearing on the Motion; and the Court having considered any objections made to the Motion; and it appearing that there is good cause to grant the Motion, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that each of the Debtors is granted a three-week extension of time to file its Schedule G relating to its executory contracts and unexpired leases so that, absent further order of the Court, such Schedule G shall be filed on or before March 4, 2015.

Dated: March 5, 2015                                                                                         BY THE COURT



Albert S. Dabrowski
United States Bankruptcy Judge

---

[1]   Johnson Memorial Medical Center, Inc., Case No. 15-20056, Johnson Memorial Hospital, Inc., Case No. 15-20057, Home & Community Health Services, Inc., Case No. 15-20060, Johnson Health Care, Inc., Case No. 15-20061, The Johnson Evergreen Corporation, Inc., Case No. 15-20062, Johnson Professional Associates, P.C., 15-20063.