UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| JOHNSON MEMORIAL MEDICAL CENTER, INC., ET AL[1] | : | Case No. 15-20056 (ASD) |
| | : | Joint Administration |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR ALL NOTICES AND PLEADINGS**

Please enter my appearance as attorney for Hartford Healthcare, a party-in-interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Kathleen M. LaManna, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5000
> Facsimile:  (860) 251-5218
> klamanna@goodwin.com
> bankruptcy@goodwin.com
> bankruptyparalegal@goodwin.com

---

[1] Johnson Memorial Medical Center, Inc., Case No. 15-20056, Johnson Memorial Hospital, Inc., Case No. 15-20057, Home & Community Health Services, Inc., Case No. 15-20060, Johnson Health Care, Inc., Case No. 15-20061, The Johnson Evergreen Corporation, Inc., Case No. 15-20062, Johnson Professional Associates, P.C., 15-20063.

3974532v1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Hartford, Connecticut, this 17th day of March 2015.

> By: /s/ Kathleen M. LaManna
> Kathleen M. LaManna (ct16740)
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT  06103-1919
> (860) 251-5000
>
> *Counsel for Hartford Healthcare.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kathleen M. LaManna
Kathleen M. LaManna

3974532v1