# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| JOHNSON MEMORIAL ) | Jointly Administered |
| MEDICAL CENTER, INC., et al., ) | Case No. 15-20056 |
| ) | |
| Debtors. ) | |
| ) | Re: ECF No. 214 |
| ) | |

### ***AMENDED ORDER DIRECTING NOTICE AND ESTABLISHING HEARING

Upon consideration of the Motion for Order Directing Notice and Establishing Hearing (the "Motion") on the Motion for Approval of Stipulated Order Granting Motion for Relief From the Automatic Stay to Pursue Personal Injury Actions in State Court (the "Motion for Stipulated Order") filed by Johnson Memorial Hospital, Inc. ("JMH"), one of the debtors herein, by and through its counsel, Reid and Riege, P.C., and it appearing to the Court that just cause exists to grant the Motion, it is hereby:

ORDERED, that the hearing on the Motion for Stipulated Order is hereby scheduled for May 6, 2015 at 10:00 a.m. at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut; and it is further

ORDERED, that any objections to the Motion for Stipulated Order must be filed and served upon the applicable parties on or before May 6, 2015 at 10:00 a.m.; and it is further

ORDERED, that JMH shall serve copies of this order, the Motion for Stipulated Order and the proposed stipulated order on the Office of the United States Trustee, counsel to Healthcare Finance Group, LLC, counsel to People's United Bank, counsel to St. Francis *Care*, Inc., counsel to Clifford Zucker, counsel to the PBGC, the twenty largest creditors of JMH, and all parties who have requested notice in these cases forthwith. JMH shall file a certificate of service that such service has been made.

Dated: April 16, 2015                                          By the court

                                                    *Alan H. W. Shiff*
                                                    Alan H. W. Shiff
                                                    United States Bankruptcy Judge

***Amended to correct the hearing date and the objection deadline date.

22900.040/624285.1