# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
May 22, 2015

In re:

   Johnson Memorial Medical Center, Inc.(other names used by debtor: Johnson Memorial Corporation, Inc.)
   Employer Tax–Identification No (EIN): 22–2541974

   Johnson Memorial Hospital, Inc.
   Employer Tax–Identification No (EIN): 06–0646696
                           Debtor(s)

Case Number: 15–20056 ahws
Chapter: 11

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **June 16, 2015** at **10:00 AM** to consider and act upon the following matter(s):

    **Application for Compensation for Reid and Riege, P.C., Debtor's Attorney, Fee: $481,321.25, Expenses: $25,878.48 Filed by Reid and Riege, P.C., Debtor's Attorney on behalf of Debtors Johnson Memorial Medical Center, Inc., Johnson Memorial Hospital Inc., Home & Community Health Services, Inc., Johnson Health Care, Inc., The Johnson Evergreen Corporation, Inc, and Johnson Professional Associates, P.C.(Newton, Jon) (Re: Doc #253)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: May 22, 2015

For the Court
Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – sr