# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
May 28, 2015

In re:

    Johnson Memorial Medical Center, Inc.(other names used by debtor: Johnson Memorial Corporation, Inc.)
    Employer Tax−Identification No (EIN): 22−2541974

    Johnson Memorial Hospital, Inc.
    Employer Tax−Identification No (EIN): 06−0646696
                            Debtor(s)

Case Number: 15−20056 ahws
Chapter: 11

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **June 23, 2015** at **10:00 AM** to consider and act upon the following matter(s):

> **Application for Compensation for Skoler, Abbott & Presser, P.C., Special Counsel, Fee: $4522.75, Expenses: $0.00. Filed by Skoler, Abbott & Presser, P.C., Spec. Counsel. (Newton, Jon) (Re: Doc #263)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: May 28, 2015

For the Court

*Gary M. Gfeller*
Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − sr