# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
June 11, 2015

In re:

    Johnson Memorial Medical Center, Inc.(other names used by debtor: Johnson Memorial Corporation, Inc.)
    Employer Tax−Identification No (EIN): 22−2541974

    Johnson Memorial Hospital, Inc.
    Employer Tax−Identification No (EIN): 06−0646696
                             Debtor(s)

Case Number: 15−20056 ahws
Chapter: 11

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **July 14, 2015** at **10:00 AM** to consider and act upon the following matter(s):

> **Application for Compensation for Anne Cahill Dufour, Ombudsman Health, Fee: $5700, Expenses: $0. Filed by Carl T. Gulliver, Attorney. (Gulliver, Carl) (Re: Doc #286)**

> **Application for Compensation to Counsel to Patient Care Ombudsman Anne Cahill Dufour for Carl T. Gulliver, Special Counsel, Fee: $9540, Expenses: $0. Filed by Carl T. Gulliver, Attorney. (Gulliver, Carl) (Re: Doc #287)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: June 11, 2015

For the Court
Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − sr