UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| JOHNSON MEMORIAL MEDICAL CENTER, INC., et al.,[1] | ) ) ) | Jointly Administered under Case No. 15-20056 |
| Debtors. | ) ) ) |  |

**ORDER SCHEDULING HEARING ON EXPEDITED BASIS AND PRESCRIBING NOTICE ON DEBTORS' MOTION FOR AUTHORIZATION TO OBTAIN CREDIT IN CONNECTION WITH WORKERS' COMPENSATION INSURANCE PROGRAM**

Upon consideration of the Motion (the "Motion") To Expedite Hearing On Debtors' Motion For Authorization To Obtain Credit In Connection With Workers' Compensation Insurance Program (the "Insurance Motion"), and it appearing to the Court that just cause exists to grant the Motion, it is hereby:

ORDERED, that the hearing on the Insurance Motion is hereby scheduled for June 23, 2015 at 10:00 a.m. at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut; and it is further

ORDERED, notice of such hearing shall be sufficient if the Debtors serve copies of this order, the Insurance Motion and a proposed order granting the Insurance Motion by overnight mail, email or facsimile mail on or before June 18, 2015, to the Office of the United States Trustee, counsel to Healthcare Finance Group, LLC, counsel to People's United Bank, counsel

---

[1] Johnson Memorial Medical Center, Inc., Case No. 15-20056, Johnson Memorial Hospital, Inc., Case No. 15-20057, Home & Community Health Services, Inc., Case No. 15-20060, Johnson Health Care, Inc., Case No. 15-20061, The Johnson Evergreen Corporation, Inc., Case No. 15-20062, Johnson Professional Associates, P.C., 15-20063.

-2-

to St. Francis *Care*, Inc., counsel to Clifford Zucker, counsel to the PBGC, the twenty largest unsecured creditors in each of the Debtors' cases, and all parties who have requested notice in these cases. The Debtors shall file a certificate of service that such service has been made.

Dated: June 17, 2015 By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge