UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Chapter 11 |
| JOHNSON MEMORIAL MEDICAL CENTER, INC., et al.,[1] | ) ) ) | Jointly Administered under Case No. 15-20056 |
| Debtors. | ) ) ) | |

**ORDER SCHEDULING HEARING ON EXPEDITED BASIS AND PRESCRIBING NOTICE ON JOHNSON MEMORIAL HOSPITAL, INC.S' MOTION FOR APPROVAL OF TELE-STROKE COVERAGE HOSPITAL AGREEMENT**

Upon consideration of the Motion (the "Motion") To Expedite Hearing On Johnson Memorial Hospital, Inc.'s Motion For Approval Of Tele-Stroke Coverage Hospital Agreement (the "UMass Agreement Motion"), and it appearing to the Court that just cause exists to grant the Motion, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the hearing on the UMass Agreement Motion is hereby scheduled on July 21, 2015 at 10:00 a.m. at the United States Bankruptcy Court, 915 Lafayette Boulevard, Hartford, Connecticut; and it is further

ORDERED, notice of such hearing shall be sufficient if copies of this order, the UMass Agreement Motion and a proposed order granting the UMass Agreement Motion are sent by overnight mail (with two day delivery for certain recipients with PO Box addresses) or otherwise

---

[1] Johnson Memorial Medical Center, Inc., Case No. 15-20056, Johnson Memorial Hospital, Inc., Case No. 15-20057, Home & Community Health Services, Inc., Case No. 15-20060, Johnson Health Care, Inc., Case No. 15-20061, The Johnson Evergreen Corporation, Inc., Case No. 15-20062, Johnson Professional Associates, P.C., 15-20063.

-2-

communicated on or before July 16, 2015, to the Office of the United States Trustee, counsel to Healthcare Finance Group, LLC, counsel to People's United Bank, counsel to St. Francis *Care*, Inc., counsel to Clifford Zucker, counsel to the PBGC, the twenty largest unsecured creditors in Johnson Memorial Hospital, Inc.'s case, and all parties who have requested notice in Johnson Memorial Hospital, Inc.'s case.